373 A.2d 1135

Commonwealth v. Saez, Appellant.

Submitted December 6, 1976. Harry J. Newman, and Newman, Fox & Parks, for appellant; Richard J. Shiroff, Assistant District Attorney, and John E. Gallagher, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.